It is apparent, therefore, that relator is being held in custody under and by void judgments of conviction.

Accordingly, the writ of habeas corpus and the relief prayed for therein are granted and relator is ordered discharged from further custody under each and all of the judgments heretofore described. The relator, however, will be delivered to the sheriff of Harris County to answer the accusations for which the purported convictions were had.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Jr., Asst. Dist. Atty., Houston, Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.